Dennis L. Collins, appellee, v. Insurance Company of North America, appellant. Gen. No. 8,495.

Opinion filed September 1, 1932. Rehearing denied November 1, 1932.

Thomas J. Welch and Hicks & Folonie, for appellant. Sturtz & Ewan and Andrews & Young, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.